IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


ARGUELLO et al.,

      Petitioner,

  v.                              CIVIL NO. 1:26-CV-60
                                          (KLEEH)

ACTING DIRECTOR, UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,

      Respondents.

### ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, all petitioners in this case have submitted a notice of voluntary dismissal.  See ECF No. 2. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

**DATED:** June 3, 2026


THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA